IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY L. ASHFORD and TIMOTHY L. ASHFORD, P.C.L.L.O., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE, INC., ALPHABET, INC., ROSES ROSES, GO GAMERS, JOHN DOES 1-1000, and JANE DOES 1-1000, <br><br> Defendants. | 8:25CV95 <br><br> ORDER |

    This matter is before the Court on plaintiffs Timothy L. Ashford and Timothy L. Ashford, P.C.L.L.O.'s (together "Ashford") Statement of Objections to Magistrate Judge's Order (Filing No. 25). The magistrate judge's Findings, Recommendation and Order (Filing No. 18) was filed on June 25, 2025. Ashford did file separate Objections to Magistrate Judge's Order on July 6, 2025 (Filing No. 19) and on July 9, 2025 (Filing No. 20). Those objections were overruled, and a Memorandum and Order accepting the magistrate judge's Findings and Recommendation was entered on August 4, 2025 (Filing No. 23).

    Ashford now files a separate Objections to Magistrate Judge's Findings and Recommendation (Filing No. 25). This latest objection, which is clearly untimely under Federal Rule of Civil Procedure 72(b)(2), largely takes issue with this Court's order denying Ashford's earlier motion for recusal. The undersigned issued the ruling denying the request for a blanket recusal of all judges of the District of Nebraska (Filing No. 17), not the magistrate judge. That ruling is not subject to objection under Rule 72(b)(2), or any other rule. The objections of Ashford are therefore overruled as untimely and for all the reasons set forth in Filing Nos. 17 and 23.

Also pending is another motion for the recusal of Magistrate Judge Carson and the undersigned (Filing No. 41), which again will be denied. In addition, Ashford has filed two motions seeking a stay of this case (Filing Nos. 47, 54) pending a hearing in Douglas County District Court on this case, even though it was properly removed and dismissed at Ashford's request. The motions to stay are also denied.

IT IS SO ORDERED.

Dated this 14th day of November 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge