**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-1755

Timothy L. Ashford and Timothy L. Ashford, PC LLO

Appellants

v.

Google, LLC, et al.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:25-cv-00095-RFR)

---

**MANDATE**

In accordance with the judgment of August 5, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 16, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit